IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 12-642-LPS <br> v. ) <br> ) Jury Trial Demanded <br> ORACLE CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Clouding IP, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant Oracle Corporation ("Defendant") to respond to the Complaint filed in this matter until August 6, 2012 (extended from July 16, 2012). The grounds for this motion are that Defendant has requested this additional time, and Plaintiff has agreed, to allow Defendant to investigate the claims asserted against Defendant and prepare an appropriate response.

| | |
|---|---|
| July 9, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922) |
| SNR DENTON US LLP | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398) |
| Mark L. Hogge<br>Shailendra K. Maheshwari<br>1301 K Street, NW, Suite 600, East Tower<br>Washington, DC 20005-3364<br>(202) 408-6400<br>mark.hogge@snrdenton.com<br>shailendra.maheshwari@snrdenton.com | 222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Clouding IP, LLC* |

IT IS SO ORDERED, this ____ day of _____, 2012.

_____
United States District Judge