# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-642-LPS ) |
| ORACLE CORPORATION, | ) ) **Jury Trial Demanded** |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Elizabeth R. He and the firm of Richards, Layton & Finger as counsel for Defendant Oracle Corporation.

OF COUNSEL:

Douglas E. Lumish
Gabriel S. Gross
Patricia Young
Joseph B. Shear
Rebecca Unruh
KASOWITZ BENSON TORRES & FRIEDMAN, LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Robert P. Watkins III
KASOWITZ BENSON TORRES & FRIEDMAN, LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

July 10, 2012

/s/ Elizabeth R.. He
Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant Oracle Corporation*

RLF1 6240471v. 1