**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORACLE CORPORATION,<br><br>　　　　Defendant. | C.A. No. 12-642-LPS |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of C. Michael Moore and Mark J. Ziegelbein of SNR Denton to represent Plaintiff Clouding IP, LLC in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I certify that the annual fees for *pro hac* admission have already been paid for these applicants.

| | |
|---|---|
| Dated: July 25, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman (sb4952)* |
| | Richard D. Kirk (rk0922) |
| Mark C. Nelson | Stephen B. Brauerman (sb4952) |
| Steven M. Geiszler | Vanessa R. Tiradentes (vt5398) |
| C. Michael Moore | 222 Delaware Avenue, Suite 900 |
| Mark J. Ziegelbein | P.O. Box 25130 |
| SNR Denton | Wilmington, DE  19899 |
| 2000 McKinney Avenue, Suite 1900 | (302) 655-5000 |
| Dallas, TX 75201-1858 | rkirk@bayardlaw.com |
| mark.nelson@snrdenton.com | sbrauerman@bayardlaw.com |
| steven.geiszler@snrdenton.com | vtiradentes@bayardlaw.com |
| mike.moore@snrdenton.com | |
| mark.ziegelbein@snrdenton.com | *Attorneys for Plaintiff Clouding IP, LLC* |
| (214) 259-0900 | |

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge