IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 12-642-LPS ) |
| ORACLE CORPORATION, | ) Jury Trial Demanded ) |
| Defendant. | ) ) |

## ORACLE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Oracle Corporation hereby submits its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Oracle Corporation has no parent corporation and no publicly held corporation owns 10% or more of Oracle Corporation's stock.

|  |  |
|---|---|
|  | /s/ Elizabeth R. He |
|  | Frederick L. Cottrell, III (#2555) |
|  | Elizabeth R. He (#5345) |
| OF COUNSEL: | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
| Douglas E. Lumish | 920 North King Street |
| Gabriel S. Gross | Wilmington, DE 19801 |
| Patricia Young | (302) 651-7700 |
| Joseph B. Shear | cottrell@rlf.com |
| Rebecca Unruh | he@rlf.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP |  |
| 333 Twin Dolphin Drive, Suite 200 | *Attorneys for Defendant Oracle Corporation* |
| Redwood Shores, CA 94065 |  |
| (650) 453-5170 |  |

Robert P. Watkins, III
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1780

Dated: August 6, 2012

10005095v1

RLF1 6434311v.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I caused to be served by **electronic mail and hand delivery** copies of the foregoing document upon the following counsel of record and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

I further certify that on August 6, 2012, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

C. Michael Moore
Mark J. Ziegelbein
SNR Denton
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
mike.moore@snrdenton.com
mark.ziegelbein@snrdenton

                                                      */s/ Elizabeth R. He*
                                                      Elizabeth R. He (#5345)
                                                      he@rlf.com