**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ORACLE CORPORATION,  )<br>  )<br>    Defendant.  )<br>  ) | C.A. No. 12-642-LPS<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Clouding IP, LLC's deadline to respond to Oracle Corporation's Motion to Dismiss (D.I. 12) shall be extended until August 30, 2012 and Oracle Corporation's deadline to file a Reply Brief in support of its Motion to Dismiss shall be extended until September 13, 2012.

August 21, 2012

| | |
|---|---|
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Stephen B. Brauerman | /s/ Elizabeth R. He |
| Richard D. Kirk (rk0922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (sb4952) | Elizabeth R. He (#5345) |
| Vanessa R. Tiradentes (vt5398) | One Rodney Square |
| 222 Delaware Avenue, Suite 900 | 920 North King Street |
| P.O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7525 |
| (302) 655-5000 | cottrell@rlf.com |
| rkirk@bayardlaw.com | he@rlf.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | *Attorneys for Defendant Oracle Corp.* |
| *Attorneys for Plaintiff Clouding IP, LLC* | |

IT IS SO ORDERED, this ____ day of _____, 2012.

_____
United States District Judge