# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>) C. A. No. 12-642-LPS<br>)<br>) Jury Trial Demanded<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF ORACLE CORPORATION'S
## PENDING MOTION TO DISMISS

In view of the First Amended Complaint filed by Plaintiff Clouding IP, LLC on August 27, 2012 (D.I. 16), Defendant Oracle Corporation hereby withdraws, without prejudice, its Motion To Dismiss The Complaint; Or In The Alternative For A More Definite Statement, filed August 6, 2012 (D.I. 12).

OF COUNSEL:

Douglas E. Lumish
Gabriel S. Gross
Patricia Young
Joseph B. Shear
Rebecca Unruh
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170

Robert Watkins
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1780

August 30, 2012

/s/ Elizabeth R. He
Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant Oracle Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

I further certify that on August 30, 2012, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

C. Michael Moore
Mark J. Ziegelbein
SNR Denton
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
mike.moore@snrdenton.com
mark.ziegelbein@snrdenton

/s/ Elizabeth R. He
Elizabeth R. He (#5345)
he@rlf.com

RLF1 6864545v.1