IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 12-642-LPS ) |
| ORACLE CORPORATION, | ) Jury Trial Demanded ) |
| Defendant. | ) ) |

**ORACLE CORPORATION'S MOTION TO DISMISS
CLOUDING IP, LLC'S AMENDED COMPLAINT;
OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendant Oracle Corporation, by and through its undersigned counsel, hereby moves to dismiss Plaintiff Clouding IP, LLC's Amended Complaint (D.I. 16) in this action pursuant to Federal Rules of Civil Procedure 12(b)(6); or in the alternative, moves for a more definite statement pursuant to Federal Rules of Civil Procedure 12(e). The grounds for this motion are set forth in Oracle Corporation's Opening Brief in Support of Its Motion to Dismiss Clouding IP, LLC's Amended Complaint; Or In The Alternative, For a More Definite Statement, filed contemporaneously herewith.

RLF1 7051269v.1

OF COUNSEL:

Douglas E. Lumish
Gabriel S. Gross
Patricia Young
Joseph B. Shear
Rebecca Unruh
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Robert Watkins
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1780

Dated: September 13, 2012

/s/ Elizabeth R. He
Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant Oracle Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I caused to be served by **electronic mail and hand delivery** copies of the foregoing document upon the following counsel of record and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

I further certify that on September 13, 2012, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

C. Michael Moore
Mark J. Ziegelbein
SNR Denton
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
mike.moore@snrdenton.com
mark.ziegelbein@snrdenton

/s/ Elizabeth R. He
Elizabeth R. He (#5345)
he@rlf.com

RLF1 6435573v.1