## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORACLE CORPORATION, ) <br> ) <br> Defendant. ) | C. A. No. 12-642-LPS |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Oracle Corporation requests that oral argument be scheduled on its Motion to Dismiss (D.I. 18) at the Court's convenience. Briefing on all Motions to Dismiss filed in the related cases[1] was completed on November 16, 2012.

OF COUNSEL:

Douglas E. Lumish
Gabriel S. Gross
Patricia Young
Joseph B. Shear
Rebecca Unruh
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Robert Watkins
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1780

Dated: November 29, 2012

/s/ Elizabeth R. He
Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant Oracle Corporation*

---

[1] *Clouding IP LLC v. Amazon.com Inc. et al.*, No. 1:12-cv-00641-LPS; *Clouding IP LLC v. Apple Inc.*, No. 1:12-cv-00638-LPS; *Clouding IP LLC v. Google Inc.*, No. 1:12-cv-00639-LPS; *Clouding IP LLC v. Rackspace Hosting Inc.*, No. 1:12-cv-00675-LPS; *Clouding IP LLC v. Motorola Mobility Holdings, Inc.*, No. 1:12-cv-01078-LPS.

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

C. Michael Moore
Mark J. Ziegelbein
SNR Denton
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
mike.moore@snrdenton.com
mark.ziegelbein@snrdenton

　　　　　　　　　　　　　　　*/s/ Elizabeth R. He*_____
　　　　　　　　　　　　　　　Elizabeth R. He (#5345)
　　　　　　　　　　　　　　　he@rlf.com